UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATRYCIA R. BOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT F. KENNEDY, Jr.,[1]<br><br>　　　　　Defendant. | Civil Action No. 24-2385 (CRC) |

## MOTION TO DISMISS OR TRANSFER

By and through undersigned counsel, Robert F. Kennedy ("Defendant") respectfully moves to dismiss or transfer this action filed by Latrycia Bock ("Plaintiff").

Defendant respectfully directs the Court attention to the Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss or Transfer as well as the Declaration of Declaration of Fernandez (Corey) Vines attached hereto.

Furthermore, Plaintiff, who is proceeding *pro se*, is hereby advised that failure to respond to this motion may result in the Court granting this motion as conceded. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1998).

\* \* \*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the current Secretary is automatically substituted for his predecessor in office.

Dated: February 14, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, Jr.
D.C. Bar No. 481866
United States Attorney


BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
     KENNETH ADEBONOJO
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATRYCIA R. BOCK,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT F. KENNEDY, Jr.,<br><br>      Defendant. | Civil Action No. 24-2385 (CRC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion to dismiss or transfer and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Plaintiff's Complaint is DISMISSED or TRANSFERRED to the District Court of Maryland.


SO ORDERED:


_____                  _____
Dated                                                            CHRISTOPHER R. COOPER
                                                                      United States District Judge

## CERTIFICATE OF SERVICE

I certify that, on this day, I caused a copy of the foregoing Defendant's Motion to be mailed to Plaintiff at:

Latricia Bock, *pro se*
1316 Volunteer Drive
Brunswick, MD 21716

                                                  /s/
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney